IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CV-394-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAMS' PERSONAL PROPERTY, | ) |
| SPECIFICALLY DESCRIBED AS: | ) |
| A SMITH & WESSON, MODEL 637 | ) |
| AIRWEIGHT, .38 CALIBER REVOLVER, | ) |
| SN: CJE1542; AND FIFTY (50) ROUNDS | ) |
| OF FEDERAL .38 CALIBER AMMUNITION, | ) |
| | ) |
| Defendants. | ) |

## DEFAULT

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 28th day of October, 2016.

_____
JULIE RICHARDS JOHNSTON, Clerk
U. S. District Court
Eastern District of North Carolina

1